OCEAN GROVE CAMP MEETING ASSOCIATION v. BOARD OF EDUCATION OF THE TOWNSHIP OF NEPTUNE.

Submitted July 6, 1925—Decided August 21, 1925.

### Pleadings—Application to Mould Denied.

On application for *certiorari*, &c.

Before Justices Trenchard and Katzenbach.

For the applicant, *Augustus C. Studer, Jr.*

Per Curiam:

An application for a writ of *certiorari* having been denied by this court, a further application was made to mould the pleadings as set forth in the correspondence filed herewith. After due consideration of such application this court is of the opinion that it must be denied, and it is denied accordingly.